**United States District Court**
**Western District of Louisiana**
**Lafayette Division**

| | |
|---|---|
| Kathy Kocurek *et al.* | Civil Action No.: 6:16-cv-00543 |
| Versus | Judge Foote |
| Frank's International, LLC *et al.* | Magistrate Judge Hanna |

**Defendants' Motion to Strike the**
**"Amendment" of Le Chat Interiors, Inc.'s Deposition Testimony**

Defendants, Frank's International, LLC ("Frank's") and Gary Luquette ("Mr. Luquette") (collectively, "Defendants"), move to strike the "Amendment" of Le Chat Interiors, Inc.'s Deposition Testimony [Rec. Doc. 54-7].[1]

In opposing Defendants' Motion for Summary Judgment [Rec. Doc. 47 *et seq.*], Plaintiffs, Kathy Kocurek ("Ms. Kocurek") and Le Chat Interiors, Inc. ("Le Chat") (collectively, "Plaintiffs"), have offered several purported "changes" to the deposition testimony of Le Chat, through Ms. Kocurek as its corporate representative, including the outright deletion of approximately five (5) pages of unfavorable testimony cited in support of Defendants' Motion for Summary Judgment. This Court should strike the "Amendment" because Plaintiffs' proposed alterations and deletions undermine the discovery process and purpose of Rule 30(e) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants, Frank's International, LLC and Gary Luquette, pray that their Motion to Strike "Amendment" of Le Chat Interiors, Inc.'s Deposition Testimony is granted and that Rec. Doc. 54-7, pp. 4–9 ("Exhibit G") be stricken from the record and from consideration with Defendants' pending Motion for Summary Judgment.

---

[1]   In the alternative, Defendants couch this motion as a Motion in Limine to Exclude the "Amendment" of Le Chat's Deposition Testimony from consideration with Defendants' Motion for Summary Judgment.

Respectfully submitted,

NEUNERPATE

By: _____

Frank X. Neuner, Jr., Bar No. 7674 (T.C.)
(FNeuner@NeunerPate.com)
Jeffrey K. Coreil, Bar No. 32405
(JCoreil@NeunerPate.com)
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Tel:        (337) 237-7000
Fax:        (337) 233-9450

**Counsel for Defendants, Frank's International, LLC and Gary Luquette.**

---

**Certificate of Service**

I HEREBY CERTIFY that, on May 18, 2017, a copy of the foregoing has been served on all counsel of record in this proceeding by:

☐ Hand delivery                            ☐ Prepaid U. S. Mail
☐ Facsimile/Electronic Mail                ☐ Federal Express
☐ Certified Mail/Return Receipt Requested  ☑ CM/ECF

_____
Counsel